DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
19 AUGUST 2014

| 187P14 | In the Matter of: J.C.B., C.R.R., H.F.R. | 1. Petitioner's PDR Under N.C.G.S. § 7A-31 (COA13-1112) | 1. Denied |
| | | 2. Petitioner's Motion for Temporary Stay | 2. Allowed **06/11/2014** Dissolved **08/19/2014** |
| | | 3. Petitioner's Petition for *Writ of Supersedeas* | 3. Denied |
| | | 4. Motion to Withdraw and Substitute Attorney | 4. Allowed **07/10/2014** |
| 190P14 | State v. Gustavo Gaspar | Def's PDR Under N.C.G.S. § 7A-31 (COA13-970) | Denied |
| 192P14 | State v. Michael Randolph Finch | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1212) | Denied |
| 195P14 | State v. Michael E. Williams | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Guilford County | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as Moot |
| 196P14 | City of Asheville v. Rogers S. Aly | Plt's Motion for Temporary Stay (COA13-720) | Allowed **06/12/2014** |
| 197P14 | April R. Hunt v. Jeffery H. Hunt | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1153) | Denied |
| 199P14 | In the Matter of the Foreclosure of a Deed of Trust from Jimmie L. Echols, Gloria G. Echols, Vincent Boyd, and Republique, Inc., Dated July 12, 2002, Recorded in Book 799, Page 1, Bertie County Registry | 1. Respondent's *Pro Se* Notice of Appeal Based Upon a Constitution Question (COA13-804) | 1. — |
| | | 2. Respondent's *Pro Se* PDR | 2. Denied |
| | | 3. Petitioner's Motion to Dismiss Appeal | 3. Allowed |